```
                    UNITED STATES BANKRUPTCY COURT
                     Middle District of North Carolina

IN RE:
    CHARLES FONTEL SCARBOROUGH           CASE NO. 04-83325
                                         JUDGE Catharine R. Carruthers
    1 LINKSIDE COURT
    DURHAM NC
                         27703           DATE: 01/23/09
    a/k/a CHARLES PONTEL SCAR

---SSN(1)XXX-XX-1407 SSN(2)XXX-XX-0000------------------------------------

                        TRUSTEE'S FINAL REPORT
--------------------------------AND ACCOUNT--------------------------------


     RICHARD M HUTSON II     , Trustee for the above case, submits the following
final report  and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

     1.  The case was filed on Nov  2, 2004 and confirmed on Feb  2, 2005.
The case was subsequently Completed on Dec 22, 2008.

     2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$    73,535.37 .

     3. The Trustee made disbursements to creditors as follows:
---------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMT    PRIN PD    INT PD   BAL DUE
---------------------------------------------------------------------------
AT&T WIRELESS              NOT FILED        .00        .00       .00      .00
     REP:RMA
CAPITAL ONE                NOT FILED        .00        .00       .00      .00
     REP:NCO FINANCIAL
CREDIT BUREAU OF GREENSBORO NOT FILED       .00        .00       .00      .00

DURHAM CITY/COUNTY TAX OFFI Priority     141.70     141.70       .00      .00
     02,03 VEHICLE TAX
DURHAM COUNTY REGISTER OF D Special C     28.00      28.00       .00      .00
     RECORD NOTICE
E-RECOVERY SOLUTIONS       NOT FILED        .00        .00       .00      .00

EMPLOYMENT SECURITY COMM OF NOT FILED       .00        .00       .00      .00

EVERHOME MORTGAGE          ONGOING D        .00   52645.91       .00      .00
     1ST D/T (RES)|ORDER
EVERHOME MORTGAGE          ARREARS-M  11309.77   11309.77       .00      .00
     ARREARS/1ST D/T(RES)
EVERHOME MORTGAGE CO       NOT FILED        .00        .00       .00      .00

FIRST FINANCIAL ASSET MGMT  NOT FILED       .00        .00       .00      .00

GROVE PARK HOMEOWNERS ASSOC ONGOING D       .00    2232.00       .00      .00
     HOMEOWNERS DUES

                  PAGE  1 - CONTINUED ON NEXT PAGE
```

CHAPTER 13 CASE NO. 04-83325

```
------------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMT    PRIN PD    INT PD   BAL DUE
------------------------------------------------------------------------------
GROVE PARK HOMEOWNERS ASSOC ARREARS-M    1720.00    1720.00       .00       .00
    ARREARS/HOA DUES
INTERNAL REVENUE SERVICE   NOT FILED         .00        .00       .00       .00

NATIONAL BANK OF COMMERCE  Unsecured      516.08     129.02       .00       .00

NATIONAL COMMERCE FINANCIAL NOT FILED        .00        .00       .00       .00

NC DEPARTMENT OF REVENUE   NOT FILED         .00        .00       .00       .00

NCM TRST                   Unsecured      679.91     169.98       .00       .00

NCO FINANCIAL              NOT FILED         .00        .00       .00       .00

RISK MANAGEMENT            NOT FILED         .00        .00       .00       .00

TRIAD FINANCIAL CORP       NOT FILED         .00        .00       .00       .00

TRIAD FINANCIAL CORPORATION VEHICLE       371.37     371.37     17.24       .00
    95 CHEVY S-10
```

    4. Summary of disbursements:

```
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED   CONT DEBTS       TOTAL
------------------------------------------------------------------------------
CLAIM AMOUNT     13401.14       169.70      1195.99     54877.91    69644.74
PRINCIPAL PAID   13401.14       169.70       299.00     54877.91    68747.75
INTEREST PAID       17.24          .00          .00          .00       17.24
```

    5. Costs of administration:
The clerk was paid $          .00  for the filing fee.
The debtor's attorney was allowed $    1,500.00 and was paid $    1,500.00 .
The Trustee was paid $     20.50  for the cost of mailing notices in the case.
The Trustee was paid $   1599.30  for expenses and $    1599.29   for compensation
pursuant to 11 USC 1302.
Refunds to the debtor total $       51.29 .

    6. Total Receipts Less Distributions:
        Total Paid In =                       73,535.37
        Total Trustee Comp =                   3,198.59
        Trustee Atty Fees=                          .00
        Debtor Atty Fees =                     1,500.00
        Other Professional Fees =                   .00
        Secured Payments =                    68,296.29
        Priority Payments =                      141.70
        Unsecured Payments =                     299.00
        Debtor Payments =                         51.29
        Other Payments =                          48.50
        Balance =                                   .00


                    PAGE  2 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 04-83325

    Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

|  |  |
|---|---|
| xc CHARLES FONTEL SCARBOROUGH<br>   U S BANKRUPTCY ADMIN<br>   JOHN T ORCUTT<br>   6616-203 SIX FORKS ROAD<br>   RALEIGH NC   27615-0000 | /s/ Richard M. Hutson, II<br>_____<br>RICHARD M HUTSON II |